NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUI GLOBAL PRODUCTS, LTD., DBA GWEE,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2022-2257, 2022-2258, 2022-2259, 2022-2260

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00470, IPR2021-00471, IPR2021-00472, IPR2021-00473.

---

Before PROST, SCHALL, and REYNA, *Circuit Judges.*

PROST, *Circuit Judge.*

## O R D E R

Apple Inc. petitioned for inter partes review of claims 1–10 and 16–19 of U.S. Patent No. 10,259,020 ("the '020 patent"), claims 1, 2, 4–10, 12, 14–17, and 19 of U.S. Patent No. 10,259,021 ("the '021 patent"), claims 1–5 and 7–13 of U.S. Patent No. 10,562,077 ("the '077 patent"), and claims 1–5 and 7–13 of U.S. Patent No. 10,589,320 ("the '320 patent").  In four final written decisions, the Patent Trial and

Appeal Board ("Board") determined that the challenged claims were unpatentable over the asserted prior art. *Apple Inc. v. GUI Glob. Prods., Ltd.*, No. IPR2021-00470, 2022 WL 3331044 (P.T.A.B. Aug. 11, 2022); *Apple Inc. v. GUI Glob. Prods., Ltd.*, No. IPR2021-00471, 2022 WL 2960347 (P.T.A.B. July 26, 2022); *Apple Inc. v. GUI Glob. Prods., Ltd.*, No. IPR2021-00472, 2022 WL 2959606 (P.T.A.B. July 26, 2022); *Apple Inc. v. GUI Glob. Prods., Ltd.*, No. IPR2021-00473, 2022 WL 3219668 (P.T.A.B. Aug. 9, 2022). GUI Global Products, Ltd. ("Gwee") timely appealed each final written decision, and we have jurisdiction under 28 U.S.C. § 1295(a)(4)(A).

In a decision issued today in consolidated companion appeals, we affirmed the Board's determination that all claims of the '020, '021, '077, and '320 patents were unpatentable. *GUI Glob. Prods., Ltd. v. Samsung Elecs. Co.*, Nos. 22-2156, 22-2157, 22-2158, 22-2159. Gwee's appeals here are moot in light of that decision. *Cisco Sys., Inc. v. TQ Delta, LLC*, 928 F.3d 1359, 1361 (Fed. Cir. 2019).

IT IS ORDERED THAT:

These appeals are dismissed as moot in light of our affirmance in *GUI Global Products, Ltd. v. Samsung Electronics Co.*, Nos. 22-2156, 22-2157, 22-2158, 22-2159.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 11, 2024
Date